**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-7358**

———————————

In Re: ERNEST EARL MCLAMB,

Petitioner.

———————————

On Petition for Writ of Mandamus.
(CR-98-62, CA-00-243-F)

———————————

Submitted: April 3, 2003                Decided: April 18, 2003

———————————

Before MICHAEL, KING, and SHEDD, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Ernest Earl McLamb, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ernest Earl McLamb petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2000) motion. He seeks an order from this court directing the district court to act. After McLamb filed the instant mandamus petition, the district court ruled on his § 2255 motion. Accordingly, we deny McLamb's mandamus petition as moot but grant his motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2